# Third District Court of Appeal
## State of Florida

Opinion filed May 25, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0610
Lower Tribunal No. F97-24399B

————————

**Claude S. Cherubin,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Claude S. Cherubin, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.